**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **FRIEDMAN & FEIGER, L.L.P.** | ) | |
| | ) | |
| **v.** | ) | 3-09-CV-1384-D |
| | ) | |
| **ULOFTS LUBBOCK, LLC, et al** | ) | |

**O R D E R**

Pursuant to the District Court's order of reference referring Defendants' Motion for Protective Order As to Deposition of Counsel (Doc. 60) to the magistrate judge for determination,

IT IS ORDERED that the deposition of Keith Langley is stayed pending disposition on the merits of the said motion for protective order, unless the same is otherwise mutually agreed to by all parties.

A copy of this order shall be transmitted to counsel for the parties.

SIGNED this 15th day of January, 2010.

_____
WM. F. SANDERSON, JR.
UNITED STATES MAGISTRATE JUDGE