THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FRIEDMAN & FEIGER, L.L.P.,<br>    Plaintiff, | § § § | |
| vs. | § § | |
| ULOFTS LUBBOCK, LLC, et al.<br>    Defendants/Counter-Plaintiffs, | § § § | CIVIL ACTION No. 3:09-CV-1384-D |
| vs. | § § | |
| FRIEDMAN & FEIGER, L.L.P.,<br>    Counter-Defendants, | § § § | |
| and | § § | |
| ERNEST W. LEONARD, and<br>MELISSA R. KINGSTON,<br>    Third Party Defendants | § § § | |

### AGREED ORDER TO DISMISS THE LAWSUIT WITH PREJUDICE

ON THIS DAY, came on to be considered the Parties' *Agreed Motion to Dismiss the Lawsuit with Prejudice*. Based upon the agreement of the parties having announced to the Court that this matter has been settled and certain of the settlement terms have been met, IT IS THEREFORE

ORDERED that this action be, and the same hereby is, DISMISSED with prejudice to refiling the same. IT IS FURTHER

ORDERED that each party shall bear its own attorneys fees and court costs and that the *ex parte* Writ of Garnishment entered by the state court prior to removal is hereby dissolved.

All relief not expressly granted herein is hereby denied.

SIGNED January 26, 2010.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE

Agreed by:

| | |
|---|---|
| /s/ Keith Langley | /s/ Lawrence Friedman |
| Keith A. Langley | Lawrence Friedman |
| State Bar No. 11919500 | State Bar No. 07469300 |
| LANGLEY WEINSTEIN HAMEL, LLP | FRIEDMAN & FEIGER, LLP |
| 901 Main Street, Suite 600 | 5301 Spring Valley Road, Suite 200 |
| Dallas, Texas 75202 | Dallas, Texas 75254 |
| 214-722-7162 | 972-788-1400 |
| 214-722-7161 Facsimile | 972-776-5313 Facsimile |
| ATTORNEY FOR ULOFTS LUBBOCK, LLC, LEONI PROPERTIES, INC., and JAMES RUDNICK | ATTORNEYS FOR FRIEDMAN & FEIGER, LLP, MELISSA R. KINGSTON and ERNEST W. LEONARD |